Milwaukee Tool & Forge Company, appellee, v. Joe G. Mann, trading as Lionel & Company, appellant. Gen. No. 35,548.

Heard in the third division of this court for the first district at the October term, 1931. Opinion filed November 16, 1932.

William Feldman, for appellant. Walter E. Moss, for appellee.

Mr. Justice Hebel delivered the opinion of the court.

Jacob B. Zackman, appellee, v. A. M. Andrews et al., appellants. Gen. No. 35,560.

Heard in the third division of this court for the first district at the October term, 1931. Opinion filed November 16, 1932.

Louis J. Behan and William J. Corrigan, for appellants. Marvin W. Wallach and Barrett, Barrett & Wermuth, for appellee; Edward L. Hoyer, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

Edwin A. Feldott, appellee, v. Axel G. Johnson, appellant. Gen. No. 35,579.

Heard in the third division of this court for the first district at the October term, 1931. Opinion filed November 16, 1932. Rehearing denied December 1, 1932.

Joseph G. Sheldon, for appellant. Edwin A. Feldott, for appellee; John M. Pollock, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

Phillip State Bank & Trust Company, appellee, v. Anna May Murray, appellant. Gen. No. 35,659.

Heard in the third division of this court for the first district at the December term, 1931. Opinion filed November 16, 1932.

Peden, Murphy & Ryan, for appellant. Thomas Lindskog, for appellee.

Mr. Justice Hebel delivered the opinion of the court.